No. 67274.—American Express Company v. United States, protest 61/19664 (Los Angeles).

Opinion by Rao, J. It appearing from the official papers that the protest was filed more than 60 days after an informal entry of the merchandise was made, the protest was dismissed as untimely by virtue of section 514, Tariff Act of 1930.

No. 67275.—George J. Young, a/c Fisherman's Cooperative Association of San Pedro v. United States, protest 293361–K (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of marlon, nylon, or livlon fish netting similar in all material respects to that the subject of Abstract 63947, the claim of the plaintiff was sustained.

No. 67276.—The May Dept. Stores Co., Inc. (Kaufmann Div.) v. United States, protest 60/27294 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of gloves of synthetic textile similar in use to silk gloves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 67277.—Sniafibres Corp. and Hudson Shipping Co., Inc. v. United States, protest 59/27413 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65138, the claim of the plaintiffs was sustained.